UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 18-7295-RSWL (KS)                                Date: August 24, 2018
Title     *Manuel Mendoza v. Warden of Habeas, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO NAME PROPER RESPONDENT IN PETITION FOR WRIT OF HABEAS CORPUS**

On August 20, 2018, Manuel Mendoza ("Petitioner"), a California state prisoner who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus By A Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition"). (Dkt. No. 1.) The Petition lists "Warden of Habeas" and "Judge Hayden Zacky" as the Respondents. (Dkt. No. 1.) Petitioner included a request to proceed *in forma pauperis* with the Petition. (Dkt. No. 1.)

Petitioner is currently housed at North Kern State Prison after having been sentenced on February 6, 2017 in the Superior Court of California County of Los Angeles. (Dkt. No. 1.) The form petition does not anywhere identify the offense(s) for which Petitioner was convicted or the length of sentence imposed, but it indicates that a finding of guilty was made after a plea of *nolo contendere*. (*See* Petition at 1.) Petitioner raises four grounds for relief: "(1) incompetence of counsel; (2) denial of right to produce witness and material; (3) denial of rights to establish an affirmative defense for trial; and (4) file for withdrawal of plea without presence of Defendant error of denial, objects should have been presented before plea." (Dkt. No. 1 at 3-4 (errors in original).) The Court has identified certain defects in the Petition.

First, because he is a *state* prisoner challenging a *state* court conviction, Petitioner should have filed a Petition for Writ of Habeas Corpus By A Person in State Custody pursuant to 28 U.S.C. § 2254, rather than the form used by federal prisoners to assert claims for federal habeas relief under section 28 U.S.C § 2241.

Second, a Petitioner seeking state habeas relief must name the "state officer who has custody" as the Respondent. 28 foll. U.S.C. § 2254 r. 2(a). The proper Respondent is usually the warden of the facility where Petitioner is currently housed. *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Neither "Warden of Habeas" nor "Judge Hayden Zacky" are proper Respondents under § 2254. "Failure to name the petitioner's custodian as a respondent deprives federal courts of personal jurisdiction." *Id.* (citations omitted).

Because Petitioner has not listed the warden of his facility as the Respondent to the Petition, the Court lacks jurisdiction. However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before September 23, 2018** why the action should not be dismissed for lack of jurisdiction.[1] Petitioner's response to this OSC must include **one of the following:**

(1) file a First Amended Petition For Writ of Habeas Corpus By A Person in State Custody (28 U.S.C. § 2254) that states a claim(s) against a proper Respondent; OR

(2) file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41 of the Federal Rules of Civil Procedure.

In any First Amended Petition, if Petitioner still wishes to request *in forma pauperis* status, he must also include the Certificate of Authorized Funds, which the Clerk of Court informed him was missing and provided him a copy of (Dkt. No. 2).

**Petitioner is explicitly cautioned that failure to timely comply with this Order and file either a First Amended Petition or a signed "Notice of Voluntary Dismissal" may result in a recommendation that this action be dismissed.**

//
//

---

[1] *Pro se* petitioners should be granted leave to amend their petitions to reflect the proper respondent. *See Dubrin v. California*, 720 F.3d 1095, 1100 (9th Cir. 2013).

    Finally, the Clerk is directed to include with this Order a copy of the Central District's standard Petition For Writ of Habeas Corpus By A Person in State Custody (28 U.S.C. § 2254).

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | rhw |