UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 18-7295-RSWL (KS)                    Date: October 9, 2018

Title      _Manuel Mendoza v. Warden of Habeas et al_


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge


|                Gay Roberson                | |                N/A                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On August 20, 2018, Manuel Mendoza ("Petitioner"), a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus (the "Petition").  (Dkt. No. 1.)  The Petition presents four grounds for relief: "(1) incompetence of counsel; (2) denial of right to produce witness and material; (3) denial of rights to establish an affirmative defense for trial; and (4) file for withdrawal of plea without presence of Defendant error of denial, objects should have been presented before plea."  (Petition at 3-4) (errors in original).

In an August 24, 2018 Order, the Court recognized two defects in the Petition.  (Dkt. No. 3.)  First, Petitioner filed the Petition on the wrong form – the form used by federal prisoners to assert claims under 28 U.S.C. § 2241 rather than the form used by state prisoners to assert claims under 28 U.S.C. § 2254.  (*Id.*)  Second, Petitioner failed to name his custodian as a respondent, thereby depriving the Court of personal jurisdiction.  (*Id.*) (citing *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994)).  The Court ordered Petitioner to file a First Amended Petition correcting these errors no later than September 23, 2018.

More than two weeks have now passed since Petitioner's September 23, 2018 deadline and Petitioner has neither filed a First Amended Petition nor a Notice of Voluntary Dismissal. Accordingly, the action is now subject to dismissal for failure to prosecute and comply with court orders.  Nevertheless, in the interests of justice, Petitioner is granted one final opportunity to amend the Petition and establish that the Court has personal jurisdiction.  Accordingly, **Petitioner is HEREBY ORDERED to show cause no later than October 30, 2018 why this action should not be dismissed.**  To discharge this Order, Petitioner must file, no later than the October 30, 2018 deadline, either:

**CIVIL MINUTES – GENERAL**

Case No.   CV 18-7295-RSWL (KS)                              Date: October 9, 2018

Title      _Manuel Mendoza v. Warden of Habeas et al_

(1) a First Amended Petition For Writ of Habeas Corpus By A Person in State Custody (28 U.S.C. § 2254) that states a claim(s) against a proper Respondent; OR

(2) a signed document entitled Notice of Voluntary Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Alternatively, Petitioner may file a request for an extension of time supported by a showing of good cause for his delay complying with the Court's prior order.

**Petitioner's failure to timely comply with this Order will result in a recommendation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41-1.**

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |