JS-6

FILED
CLERK, U.S. DISTRICT COURT

February 7, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CSI   DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MANUEL MENDOZA, ) NO. CV 18-7295-RSWL (KS)
      Petitioner, )
   v. ) JUDGMENT
)
WARDEN OF HABEAS, et al, )
      Respondent. )
_____ )

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  2/6/2019                  s/ RONALD S.W. LEW
                                                RONALD S. W. LEW
                                                UNITED STATES DISTRICT JUDGE